**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL P. HURLEY,**

          **Plaintiff,**

**-vs-**                                                  **Case No. 6:09-cv-1232-Orl-31GJK**

**ADVANCE AUTO PARTS,**

          **Defendant.**

_____

## ORDER

By Order dated September 1, 2009 (Doc. 13), Plaintiff was given until September 18, 2009 to file an amended complaint establishing this Court's subject matter jurisdiction. Plaintiff failed to do so. Instead, on September 21, 2009, Plaintiff filed a Motion to Extend Time to obtain an attorney (Doc. 17). Magistrate Judge Kelly recommended that motion be denied (Doc. 20). Plaintiff objected to the Magistrate Judge's Report (Doc. 23) and again requested more time (Doc. 24). Since Plaintiff is proceeding *pro se*, the Court will give him one last opportunity to file an amended complaint. It is, therefore

**ORDERED** that Plaintiff's Motion (Doc. 24) is GRANTED. Plaintiff's prior Motion (Doc. 17) and the Report and Recommendation concerning same are DENIED as moot. Plaintiff shall have until November 13, 2009 to file his amended complaint. Failure to do so will result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 13, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE