**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL P. HURLEY,**

            **Plaintiff,**

**-vs-**                                            Case No. 6:09-cv-1232-Orl-31GJK

**ADVANCE AUTO PARTS,**

            **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 31) filed by the Defendant, Advance Auto Parts ("Advance"). Advance claims that the Plaintiff, Daniel Hurley ("Hurley"), has failed to state a claim for age discrimination under Title VII. In his Amended Complaint (Doc. 29), Hurley contends that he was discriminated against because of his age, that he notified the Defendant of the problem by notifying his manager, and that the Defendant failed to remedy the problem, and that he was constructively terminated by the Defendant. In addition, Hurley attached to the Amended Complaint, a copy of his EEOC complaint, in which he states, *inter alia*, that he is 62. Based on the liberal pleading standards employed within this Circuit,

these allegations are sufficient to withstand a Rule 12(b)(6) motion. Accordingly, the Motion to Dismiss (Doc. 31) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 20, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party