# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL P. HURLEY,**

**Plaintiff,**

**-vs-**                                          **Case No.  6:09-cv-1232-Orl-31GJK**

**ADVANCE STORES COMPANY
INCORPORATED,**

**Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion to Strike (Doc. 65) filed by the

Defendant.  The Defendant argues that large portions of the Plaintiff's response (Doc. 61) to its

motion for summary judgment (Doc. 48) are inadmissible on various grounds and should be

stricken.  The Court agrees that portions of the response are inadmissible, but striking the entire

response is not the solution.  Instead, the Court will take the Defendant's objections into

consideration in resolving the motion for summary judgment.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Strike (Doc. 65) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2010.

<u>GREGORY A. PRESNELL</u>
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party